IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DUSTI KELLY-FLEMING, JOHN FLEMING, and TECLARC, INC., §§§§ *Plaintiffs*, § § v. § § THE CITY OF SELMA, TEXAS, §§§ *Defendant*. § | Civil Action No. SA-10-CV-675-XR |

## FINAL JUDGMENT

Plaintiffs' ADA claims were tried to a jury between November 12, 2013 and November 15, 2013. The jury found in favor of Defendant with regard to the Plaintiffs' claims. All other defendants in this case were previously dismissed. Accordingly, it is ORDERED and ADJUDGED that:

Plaintiffs shall take nothing on their claims. Defendant is awarded costs of court and shall file a Bill of Costs in accordance with the local rules.

SIGNED this 15th day of November, 2013.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE